IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 18-1965JP |
| v. | ) | |
| | ) | |
| JAMES BALDINGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNITED STATES'S SUPPLEMENT TO DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL SETTING**

The United States of America, through its undersigned prosecutors, files this Supplement to Defendant's Motion to Continue Trial Setting (Doc. 26):

This matter is currently set for trial on February 4, 2019. On December 19, 2018, the Defendant filed a motion to continue pre-trial motions deadlines and the trial setting. As noted by the Defendant, the United States does not object to the Defendant's Motion, and further files this Supplement to join the Defendant's request for a continuance of the trial setting. One of the undersigned prosecutors, Fara Gold, is scheduled to undergo lumbar spine surgery on January 4, 2019, and will not be permitted to travel for approximately six weeks thereafter.

Because the Ms. Gold is based in Washington, D.C., the United States respectfully requests the trial be continued to no earlier than March 4, 2019, to allow time to recover, and then travel to New Mexico for trial preparation and then trial.

1

The surgery was not scheduled until after the Defendant filed his Motion to Continue; Otherwise the United States would have alerted the Court at the time that the Defendant filed his Motion.

WHEREFORE, the United States respectfully requests that the trial setting be continued.

Respectfully submitted:

JOHN C. ANDERSON
United States Attorney

Shaheen Torgoley
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7472


ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

/s/ *Fara Gold*
FARA GOLD
Special Litigation Counsel
MAURA WHITE
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Criminal Section
601 D Street NW #5200
Washington, DC 20530
(202) 514-3204

CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Aric Elsenheimer

/s/ *Fara Gold*
Fara Gold
Special Litigation Counsel
U.S. Department of Justice
Civil Rights Division, Criminal Section