**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 4 2019

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 18 CR 01965 JAP<br>) |
| JAMES E. BALDINGER, | )<br>) |
| Defendant. | ) Violations:   18 U.S.C. § 242 |

**THE UNITED STATES CHARGES**:

## INFORMATION

At all times relevant to this Information:

1. Defendant **James E. Baldinger** was employed as a transport officer for Prison Transportation Services of America, LLC (PTS), a private prisoner transport company that contracts with government agencies to transport individuals arrested on out-of-state warrants.

2. As a transport officer working for PTS, Defendant **James E. Baldinger** was required to act in compliance with federal, state and local laws, including the United States Constitution.

3. During the course of his duties, Defendant **James E. Baldinger** transported B.A.W., a female in his custody, on an out-of-state warrant from Kentucky to Bernalillo County, New Mexico.

1

4.	Paragraphs 1 through 3 are hereby incorporated by reference into the count set forth below.

## COUNT ONE

On or about July 11 through July 12, 2017, in the District of New Mexico, defendant,

**James E. Baldinger**

while acting under the color of law, engaged in sexual contact with B.A.W. without her consent, thereby willfully depriving B.A.W. of liberty without due process of law, which includes the right to bodily integrity, a right secured and protected by the Constitution and laws of the United States. The defendant's conduct resulted in bodily injury to B.A.W.

In violation of Title 18, United States Code, Section 242.

JOHN C. ANDERSON
United States Attorney

_____
SHAHEEN TORGOLEY
Assistant United States Attorney


ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

_____
for   FARA GOLD
Special Litigation Counsel
Civil Rights Division, Criminal Section

_____
for   MAURA WHITE
Trial Attorney
Civil Rights Division, Criminal Section

2